# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5996 | **DATE** | 10/2/2002 |
| **CASE TITLE** | Petersen vs. United States of America | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Enter report and recommendation recommending that the motion by plaintiff for preliminary injunction relief (and mandatory injunctive relief) against the Illinois Attorney Registration and Disciplinary Commission and the Illinois Supreme Court [5-1] be denied, for the reason stated in the recommended order attached. Motion to strike the ARDC defendant's objection to plaintiff's motion for injunctive relief is denied. The motion hearing date of 10/8/02, noticed by the plaintiff is hereby vacated.**

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | OCT 3 2002 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| ✓ | Copy to judge/magistrate judge. | |
| SM | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL PETERSON ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, DEPT. OF ) JUSTICE, FEDERAL BUREAU OF INVESTI- ) GATION, DRUG ENFORCEMENT AGENCY, ) ATTORNEY REGISTRATION AND DISCIPLI- ) NARY COMMISSION, ILLINOIS SUPREME ) COURT, MARY ROBINSON, Administrator of ) the ARDC, TRACY KEPLER and ROSALYN ) KAPLAN, employees of the ARDC, ) ) Defendants. ) | Case No. 02 C 5996<br><br>District Judge Ronald A. Guzman<br><br>Magistrate Judge Ian H. Levin |

### RECOMMENDED ORDER

The reasons for the recommended denial of the subject motion[1] are as follows:

1) For the bases set forth in the objections of Defendant Attorney Registration and Disciplinary Commission ("ARDC")[2], which, essentially, are that:

   A) The federal courts should and must "Abstain" from requested actions in this proceeding that would necessarily interfere with ongoing state disciplinary proceedings. e.g., *Middlesex Ethics Comm. v. Garden State Bar Association*,

---

[1] The Court finds that no evidentiary hearing is necessary on the motion. See e.g., *Ty, Inc. v. The Jones Group*, 98 F.Supp. 988, 1002 (N.D. Ill. 2001); *Promatek Industries, Ltd. v. Equitrac Corp.* 300 F.3d 808, 814 (7th Cir. 8/13/02).

[2] It perhaps bears noting that the Defendant(s) has indicated that a motion(s) to dismiss in the cause will be filed on or prior to October 21, 2002.

457 U.S. 423 (1982);

B) The *Rooker - Feldman* applies to Plaintiff's collateral attacks herein on the orders of the Illinois Supreme Court, see, e.g., *Manley v. City of Chicago*, 236 F.2d 392, 395-398 (7th Cir. 2001);

C) Plaintiff is not entitled to injunctive relief to the extent he is seeking to obtain employment with the ARDC, see, e.g., *Long v. Chicago Transit Authority*, 979 F. Supp. 1214, 1216 (N.D. Ill 1997), citing *Tregenza v. Great Am. Communications Co.*, 12 F.3d 717, 718 (7th Cir. 1993);

D) Plaintiff is not entitled to any order compelling investigations by the ARDC, see, e.g. *Doyle v. Oklahoma Bar Association*, 998 F.2d 1559 (10th Cir. 1993); *Smith v. Shook*, 237 F.3d 1322 (11th Cir. 2001).

2) Upon review, the court perceives no real likelihood of success on the merits as to Plaintiff's motion for preliminary injunction;

3) Plaintiff cannot establish irreparable harm as to certain of his preliminary injunction issues. See, e.g., *Shegog v. Bd. of Educ. of the City of Chicago*, 194 F.3d 836, 839 (7th Cir. 1999), citing *Sampson v. Murray*, 415 U.S. 51, 89-92 (1974); *EEOC v. Janesville*, 630 F.2d 1254, 1259 (7th Cir. 1980); citing *Sampson*, 415 U.S. at 61.

4) Mandatory preliminary injunctive relief, as sought here, is rarely issued and is never issued "except upon the clearest equitable grounds." *Graham v. Medical Mutual of Ohio*, 130 F.2d 293, 295 (7th Cir. 1995). The court determines, respectfully, that no such clear showing for equitable relief has been made by the Plaintiff herein.

Accordingly, it is recommended that Plaintiff's motion for preliminary injunctive relief (and mandatory injunctive relief) be denied.

DATED: October 2, 2002          ENTER:

*Ian H. Levin*
IAN H. LEVIN
UNITED STATES MAGISTRATE JUDGE

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the Magistrate Judge's Report and Recommendation. *See* FED. R. CIV. P. 72 (B); 28 U.S.C. §636(B)(1)(B); *LORENTZEN V. ANDERSON PEST CONTROL*, 64 F.3D 327, 329 (7TH CIR. 1995); *THE PROVIDENT BANK V. MANOR STEEL CORP.*, 882 F.2D 258 (7TH CIR. 1989).